STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. ROBERT MEINKEN, DEFENDANT-RESPONDENT.

See same case below: 18 *N. J. Super.* 188.

June 9, 1952. Granted.